FILED

09/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0314

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0314

ADVOCATES FOR SCHOOL TRUST LANDS,

    Plaintiff and Appellant,

and K.B. and K.B., by and through their parent and general guardian

    Plaintiffs,

v.

STATE OF MONTANA,

    Defendant and Appellee,

MONTANA FARM BUREAU FEDERATION, MONTANA STOCKGROWERS ASSOCIATION, MONTANA WATER RESOURCES ASSOCIATION, ASSOCIATION OF GALLATIN AGRICULTURAL IRRIGATORS,

    Intervenors and Appellees.

## GRANT OF EXTENSION

Upon consideration of Defendant/Appellee State of Montana's unopposed motion for a 30-day extension of time, and good cause appearing, Defendant/Appellee State of Montana is granted an extension of time to and including November 1, 2021, within which to prepare, serve, and file its answer brief. Intervenor/Appellees Montana Farm Bureau Federation's, *et al.*, answer brief is also due November 1, 2021, and Rural Montana Foundation's *amicus curiae* brief must be

filed no later than one week (7 calendar days) after Defendant/Appellee

State of Montana files its answer brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 14 2021